```
                                        FILED
                              CLERK, U.S. DISTRICT COURT

                                    FEB 2 5 2008

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY                      DEPUTY
```

Priority ✓
Send ✓
Enter ✓
Closed
JS-6 ✓
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELTON ZOLICOFFER, | Case No. EDCV 08-0104-DSF(RC) |
| Petitioner, | |
| vs. | JUDGMENT |
| FEDERAL BUREAU OF PRISON, AND SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, | |
| Respondents. | |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus and the action are dismissed without prejudice.

DATE: 2-25-08

/s/ Dale S. Fischer
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

R&RS\08-0104.jud
1/30/08